FILED

2016 OCT 19 PM 12: 08

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16 CR 329 |
| --- | --- | --- |
| Plaintiff, | ) | JUDGE |
| | ) | JUDGE LIOI |
| v. | ) | |
| | ) | |
| EDWARD R. HILLS, | ) | INDEX TO INDICTMENT |
| SARI ALQSOUS, | ) | |
| YAZAN B. AL-MADANI, | ) | |
| TARIQ SAYEGH | ) | |
| | ) | |
| Defendants. | ) | |

## INDEX TO INDICTMENT

| DEFENDANT | COUNTS | VIOLATIONS | DESCRIPTION/PENALTY |
| --- | --- | --- | --- |
| HILLS, Edward | 1 | 18 U.S.C. § 1962(d) | Racketeering in Corrupt Organizations, Conspiracy<br>20 yrs./$250,000 fine/3 yrs. SVR<br>$100 SA |
| | 2 | 18 U.S.C. § 1951(a) | Conspiracy to Commit Hobbs Act Bribery<br>20 yrs/$250,000 fine/3 yrs. SRV<br>$100 SA |
| | 8, 28 | 18 U.S.C. § 1349 | Conspiracy to Commit Honest Services and Money and Property Mail and Wire Fraud<br>20 yrs./$250,000 fine/3 yrs. SRV<br>$200 SA |
| | 9-12 | 18 U.S.C. § 1341 | Money and Property Mail Fraud<br>20 yrs./$250,000 fine/3 yrs. SRV<br>$400 SA |
| | 13 | 18 U.S.C. § 371 | Conspiracy to Solicit, Receive, Offer and Pay Health Care Kickbacks<br>5 yrs/$250,000 fine/3 yrs. SRV<br>$100 SA |
| | 14-20 | 42 U.S.C. § 1320a-7b(b)(1)(A) | Receipt of Kickbacks in Connection with a Federal Health Care Program<br>5 yrs./$25,000 fine/3 yrs. SRV<br>$700 SA |

| | 29 | 18 U.S.C. § 1512(k) | Conspiracy to Obstruct Justice and Tamper With Witnesses<br>20 yrs./$250,000 fine/3 yrs. SRV<br>$100 SA |
|---|---|---|---|
| | 31-33 | 26 U.S.C. § 7206(1) | False Statements on Tax Returns<br>3 yrs./$100,000 fine/ 3yrs. SRV |
| ALQSOUS, Sari | 1 | 18 U.S.C. § 1962(d) | Racketeering in Corrupt Organizations, Conspiracy<br>20 yrs./$250,000 fine/3 yrs. SVR<br>$100 SA |
| | 2 | 18 U.S.C. § 1951(a) | Conspiracy to Commit Hobbs Act Bribery<br>20 yrs/$250,000 fine/3 yrs. SRV<br>$100 SA |
| | 3, 13 | 18 U.S.C. § 371 | Conspiracy to Commit Bribery; Solicit, Receive, Offer and Pay Health Care Kickbacks<br>5 yrs/$250,000 fine/3 yrs. SRV<br>$200 SA |
| | 4, 8, 28 | 18 U.S.C. § 1349 | Conspiracy to Commit Honest Services and Money and Property Mail and Wire Fraud<br>20 yrs/$250,000 fine/3 yrs. SRV<br>$300 SA |
| | 5-7 | 18 U.S.C. § 666 | Bribery in Relation to Federally Funded Program<br>10 yrs./$250,000 fine/3 yrs. SRV<br>$300 SA |
| | 9-12 | 18 U.S.C. § 1341 | Money and Property Mail Fraud<br>20 yrs./$250,000 fine/3 yrs. SRV<br>$400 SA |
| | 21-27 | 42 U.S.C. § 1320a-7b(b)(2)(A) | Offering or Paying Kickbacks in Connection with Federal Health Care Program<br>5 yrs./$25,000 fine/3 yrs. SRV<br>$700 SA |
| | 29 | 18 U.S.C. § 1512(k) | Conspiracy to Obstruct Justice and Tamper With Witnesses<br>20 yrs./$250,000 fine/3 yrs. SRV<br>$100 SA |
| AL-MADANI, Yazan | 1 | 18 U.S.C. § 1962(d) | Racketeering in Corrupt Organizations, Conspiracy<br>20 yrs./$250,000 fine/3 yrs. SVR<br>$100 SA |
| | 2 | 18 U.S.C. § 1951(a) | Conspiracy to Commit Hobbs Act Bribery<br>20 yrs/$250,000 fine/3 yrs. SRV<br>$100 SA |
| | 3, 13 | 18 U.S.C. § 371 | Conspiracy to Commit Bribery; Solicit, Receive, Offer and Pay Health Care Kickbacks<br>5 yrs/$250,000 fine/3 yrs. SRV<br>$200 SA |
| | 4, 8, 28 | 18 U.S.C. § 1349 | Conspiracy to Commit Honest Services and Money |

| | | | |
|---|---|---|---|
| | | | and Property Mail and Wire Fraud<br>20 yrs/$250,000 fine/3 yrs. SRV<br>$300 SA |
| | 6-7 | 18 U.S.C. § 666 | Bribery in Relation to Federally Funded Program<br>10 yrs./$250,000 fine/3 yrs. SRV<br>$200 SA |
| | 9-12 | 18 U.S.C. § 1341 | Money and Property Mail Fraud<br>20 yrs./$250,000 fine/3 yrs. SRV<br>$400 SA |
| | 21-27 | 42 U.S.C. § 1320a-7b(b)(2)(A) | Offering or Paying Kickbacks in Connection with Federal Health Care Program<br>5 yrs./$25,000 fine/3 yrs. SRV<br>$700 SA |
| | 29 | 18 U.S.C. § 1512(k) | Conspiracy to Obstruct Justice and Tamper With Witnesses<br>20 yrs./$250,000 fine/3 yrs. SRV<br>$100 SA |
| | 30 | 18 U.S.C. § 1001 | False Statements or Representation<br>5 yrs./$250,000/3 yrs. SRV |
| SAYEGH, Tariq | 3 | 18 U.S.C. § 371 | Conspiracy to Commit Bribery |
| | 4 | 18 U.S.C. § 1349 | Conspiracy to Commit Honest Services Mail and Wire Fraud<br>20 yrs/$250,000 fine/3 yrs. SRV<br>$100 SA |
| | 5-7 | 18 U.S.C. § 666 | Bribery in Relation to Federally Funded Program<br>10 yrs./$250,000 fine/3 yrs. SRV<br>$300 SA |

Respectfully submitted,

CAROLE S. RENDON
United States Attorney

By: /s/ Om M. Kakani
Om M. Kakani (NY: 4337705)
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
(216) 622-3756
Om.Kakani@usdoj.gov

3

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of October 2016 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                                                /s/ Om M. Kakani
                                                                                Om M. Kakani
                                                                                Assistant U.S. Attorney