The defendant has not presented new and material facts sufficient to warrant modification of the bond previously set by this Court. The supplemental motion to reduce bond (ECF #92) is denied. See ECF #'s 61 and 82.

s/ William H. Baughman, Jr.
William H. Baughman, Jr.
United States Magistrate Judge

Date: 12/8/2016

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No: 1:16:CR:329 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE SARA LIOI |
| | : | |
| v. | : | MAGISTRATE WILLIAM BAUGHMAN |
| | : | |
| | : | **SUPPLEMENTAL** |
| YAZAN AL-MADANI, | : | **DEFENDANT'S MOTION TO REDUCE** |
| | : | **BOND** |
| Defendant, | : | |
| | : | |

Now comes the Defendant, Yazan Al-Madani, by and through undersigned counsel, Richard J. Perez, Esq., pursuant to 18 U.S.C. § 3142, respectfully supplements his prior request for a bond reduction for the reasons previously stated in Docket Number 40 and Docket Number 64 and incorporated herein and also provides further information concerning a change in Defendant's financial circumstances recently received by defense counsel which further verifies a reduction in Defendant's earning capacity.

Defendant respectfully requests a hearing on this Motion.

Respectfully Submitted,

/s/ Richard J. Perez
_____
RICHARD J. PEREZ, Esq. (0010216)
Attorney for Defendant
Reg. No. 0010216
4230 S.R. 306, Suite 240
Willoughby, OH 44094
Tel: (440) 953-1310
Facsimile: (440) 953-1427
rick@perezlaw.com

1