IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:16CR329-3 |
| | ) | |
| Plaintiff | ) | JUDGE SARA LIOI |
| | ) | |
| VS. | ) | MOTION OF DEFENDANT |
| | ) | YAZAN AL-MADANI TO FILE |
| YAZAN AL-MADANI, ET AL. | ) | ACKNOWLEDGMENTS TO |
| | ) | PROTECTIVE ORDER UNDER SEAL |
| Defendants | ) | |

The defendant, Yazan Al-Madani, by and through attorney Richard J. Perez, and pursuant to the applicable provisions set forth in the sealed Protective Order (ECF No. 89), requests that this Court permit him to file signed acknowledgments to the Protective Order under seal.

Respectfully submitted,

/s/Richard J. Perez
RICHARD J. PEREZ (0010216)
Attorney for Defendant
4230 State Route 306 Suite 240
Willoughby OH 44094
440-953-1310
440-953-1427 (facsimile)
Rick@perezlaw.com

**MOTION GRANTED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

December 27, 2016